SAO
ROBERT W. FREEMAN, JR., ESQ.
Nevada Bar No. 003062
LORA A. STANLEY, ESQ.
Nevada Bar No. 010448
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
E-Mail: robert.freeman@lewisbrisbois.com
E-Mail: lora.stanley@lewisbrisbois.com
Attorneys for Defendant
AMERICAN FAMILY MUTUAL INSURANCE CO.

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DEBRA EAKIN,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE CO., and DOES I through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:12-cv-01713-GMN-VCF |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DEBRA EAKIN and Defendant AMERICAN FAMILY MUTUAL INSURANCE CO., through their respective counsel of record, that the above-entitled action shall be dismissed in its entirety, with prejudice, as to all parties, each named party to bear their own costs and attorney's fees.

///

///

///

4825-5926-3767.1

1 |       IT IS FURTHER STIPULATED AND AGREED that there are no pending hearings or
2 | trial on this Court's calendar.
3 | Dated this 19 day of December, 2013      Dated this 27th day of February, 2014
4 | TINGEY & TINGEY                        LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Bruce D. Tingey, Esq.
2001 W. Charleston
Las Vegas, NV 89102
Attorney for Plaintiff
DEBRA EAKIN

By _____
Robert W. Freeman, Jr., Esq.
Lora A. Stanley, Esq.
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
Attorneys for Defendant
AMERICAN FAMILY MUTUAL INSURANCE CO.

11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4825-5926-3767.1

2

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and the same is hereby dismissed in its entirety, with prejudice, as to all parties with each named party to bear their own costs and attorneys' fees.

**DATED** this 28th day of February, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP


By _____
ROBERT W. FREEMAN, JR., ESQ.
Nevada Bar No. 003062
LORA A. STANLEY
Nevada Bar No. 010448
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
AMERICAN FAMILY MUTUAL INSURANCE CO.

4825-5926-3767.1

3